1

2

3

4

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

KATHLEEN BAILLO,

                           Plaintiff,

           v.

NANCY A. BERRYHILL, Acting
Commissioner of Social Security,

                           Defendant.

CASE NO. C16-5818-RAJ

ORDER AFFIRMING COMMISSIONER

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge Mary Alice Theiler. It is therefore ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    The Court AFFIRMS the decision of the Commissioner; and

(3)    The Clerk shall direct copies of this Order to all counsel and to Judge Theiler.

DATED this 12th day of June, 2017.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER AFFIRMING COMMISSIONER
PAGE - 1